UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 91-043-Cr-Graham

UNITED STATES of AMERICA

vs.

MARTIN RODRIGUEZ,

    Defendant.

_____/

### AGREEMENT AND STIPULATION OF THE PARTIES

**COME NOW** the United States, through its undersigned Assistant U.S. Attorneys, and defendant MARTIN RODRIGUEZ, through himself and his undersigned counsel, hereby agree and stipulate to the following:

1. The parties agree and stipulate that the U.S. Attorney's Office for the Southern District of Florida, and the United States Attorney as well as any Assistant U.S. Attorney, including but not limited to Assistant U.S. Attorney Luis M. Pérez, committed no misconduct of any kind, be it prosecutorial, ethical, constitutional or otherwise, in relation to defendant MARTIN RODRIGUEZ.

2. Defendant MARTIN RODRIGUEZ agrees to withdraw his motion to compel a substantial assistance reduction based on prosecutorial misconduct.

3. The U.S. Attorney's Office for the Southern District of Florida agrees to file a motion pursuant to Rule 35 of the Federal Rules of Criminal Procedure, intended to give the Court jurisdiction to resentence the defendant.

4. The parties agree they remain free to argue what reduction if any they feel is appropriate at a hearing set for this purpose.

5. The parties agree that the documents contained in the defendant's various previous pleadings, as well as those documents contained in the government's amended order of proof should be admitted and can be considered by the Court in determining the defendant's sentence.

_____
Anthony Lacosta
Assistant U.S. Attorney

_____
Luis M. Pérez
Assistant U.S. Attorney

_____
David O. Markus, Esq.
Counsel for Defendant

_____
Martin Rodriguez
Defendant