UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 91-043-Cr-Graham

UNITED STATES of AMERICA

vs.

MARTIN RODRIGUEZ,

____Defendant_____/

### GOVERNMENT MOTION PURSUANT TO FED. R. CRIM. P. 35

**COMES NOW** the United States, through its undersigned Assistant U.S. Attorney, and files this motion pursuant to Rule 35(b)(1) of the Federal Rules of Criminal Procedure on behalf of defendant MARTIN RODRIGUEZ.

The government and defense will provide the Court with their respective recommendations in relation to a reduction and any evidence or argument in support of same at the hearing already set by this Court for that purpose.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
Luis M. Pérez
Assistant U.S. Attorney
Florida Bar No. 501395
99 N.E. 4th Street, Suite 400
Miami, FL  33132-2111
Tel: (305) 961-9428 Fax: (305) 530-6168

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was submitted in open court on September 9, 2008.

Luis M. Pérez
Assistant United States Attorney