UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 91-043-CR-GRAHAM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MARTIN RODRIGUEZ,
Reg. No:42485-004

      Defendant.
_____/

### ORDER GRANTING REDUCTION OF SENTENCE

**THIS CAUSE** came before the Court upon the Government's Motion to Reduce Sentence, pursuant to Rule 35, Federal Rules of Criminal Procedure [D.E. 191].

**THE COURT** having reviewed the pleadings and the facts and circumstances of the case, it is hereby

**ORDERED AND ADJUDGED** that the Government's Motion to Reduce the Sentence imposed is hereby **Granted**. The Defendant's original Order of Judgment entered on October 21, 1992 is amended as follows:

The Defendant is hereby sentenced to a term of imprisonment totaling **TIME SERVED** as to Counts One, Two and Three of the Superseding Indictment. It is further

**ORDERED** that all provisions of the original Order of Judgment entered on October 21, 1992, will remain in full force and effect.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of September, 2008.

									_____
									DONALD L. GRAHAM
									UNITED STATES DISTRICT JUDGE

Copied: David Markus, Esq.
        Luis Perez, AUSA
        U.S. Probation
        U.S. Marshal
        Bureau of Prisons